IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JALIN HENDERSON,                          §
                                          §
                                          §
          Plaintiff,                      §
                                          §
v.                                        §
                                          §  Case No. 6:25-cv-113-JDK-JDL
                                          §
HOME DEPOT U.S.A., INC.,                  §
                                          §
                                          §
          Defendant.                      §

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Jalin Henderson's motion for summary judgment as to Defendant Home Depot U.S.A. Inc's affirmative defenses. Docket No. 42. Defendant filed a response (Docket No. 47), and Plaintiff filed a reply (Docket No. 49). This action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.

On April 23, 2026, Judge Love issued a report recommending that Plaintiff's motion be granted-in-part and denied-in-part. Docket No. 50. Specifically, Judge Love recommended that the motion be denied as to Defendant's rebuttal defense of sole proximate cause and granted as to Defendant's affirmative defense of offset. *Id.* No objections to the report have been filed, and the time for doing so has passed.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 50). Plaintiff's motion for summary judgment (Docket No. 42) is **DENIED** as to the rebuttal defense of sole proximate cause and **GRANTED** as to the affirmative defense of offset.

So **ORDERED** and **SIGNED** this **12th** day of **May, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE